UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHONES PLUS, INC., Plan Administrator Of the Phones Plus Retirement Savings Plan, On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES, INC., HARTFORD LIFE INSURANCE COMPANY and NEUBERGER BERMAN MANAGEMENT INC.,<br><br>　　　　　Defendants. | Civil Action No. 3:06-cv-01835 (AVC)<br><br><br><br>December 12, 2006 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned member of the bar of the United States District Court, District of Connecticut, and counsel for Defendants, Hartford Life Insurance Company and The Hartford Financial Services, Inc., in the above-entitled action, hereby moves this Court, pursuant to Local Rule 83.1(d), for the admission of James F. Jorden, Esq. *pro hac vice* in the above-captioned matter. In support of this Motion, the undersigned states as follows:

　　　　1.　　　The Affidavit of James F. Jorden in support of this Motion is attached hereto. In his Affidavit, Mr. Jorden deposes and says that he is a practicing attorney in good standing in the District of Columbia; that he does not have any grievance pending against him; that he has never been reprimanded, suspended, placed on inactive status or disbarred; that he has never resigned from the practice of law; and that he has never been denied admission by this Court or any other court.

2.  As further stated in his Affidavit, Mr. Jorden is a member in good standing of the Bars of the following courts: District of Columbia and Florida. Mr. Jorden is also a member in good standing of the Bars of the following federal courts: the District of Columbia, the Southern District of Florida, the Central District of Illinois, the Northern District of Texas, the Eastern District of Wisconsin, the District of Minnesota, the District of Colorado, the Middle District of Florida, the Eastern District of Michigan, as well as the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Eleventh and D.C. Circuits, the United States Tax Court, the United States Court of Claims and the United States Supreme Court.

3.  The undersigned, or another member of the bar of this Court, will be present at all proceedings, will sign all pleadings, briefs and other papers filed with the Court, and will assume responsibility for such pleadings, briefs and other papers filed with the Court, and for the conduct of the case.

For these reasons, the undersigned respectfully requests that this motion be granted, and that James F. Jorden be allowed to appear *pro hac vice* in this matter.

Respectfully submitted,

By: /s/ Christopher G. Barnes
Christopher G. Barnes (ct23166)
JORDEN BURT LLP
175 Powder Forest Drive, Suite 201
Simsbury, Connecticut 06089-9658
Telephone: (860) 392-5000
Facsimile: (860) 392-5058
E-mail: cgb@jordenusa.com

Attorney for Defendants,
Hartford Life Insurance Company and
The Hartford Financial Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2006, a copy of the foregoing Defendants' Motion for Admission *Pro Hac Vice* with the supporting Affidavit of James F. Jorden was filed manually and a copy was sent via first-class mail, postage prepaid, to the party below.

James E. Miller
Sheperd Finkelman Miller & Shah, LLC
65 Main Street
Chester, CT 06412
jmiller@sfmslaw.com

_____
Christopher G. Barnes

171516