IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHONES PLUS, INC, Plan Administrator of the Phones Plus Retirement Savings Plan, On Behalf of Itself and All Others Similarly Situated, : : : : : | Case No. 3:06-CV-01835 (AVC) |
| Plaintiff, : : | |
| vs. : : | |
| THE HARTFORD FINANCIAL SERVICES, INC., : HARTFORD LIFE INSURANCE COMPANY : and NEUBERGER BERMAN MANAGEMENT, : INC., : : | |
| Defendants. : | JANUARY 4, 2007 |

**MOTION FOR ADMISSION OF DOUGLAS P. DEHLER AS VISITING LAWYER**

Karen M. Leser, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for the admission of Attorney Douglas P. Dehler of Shepherd Finkelman Miller & Shah, LLC, as a visiting lawyer to represent Plaintiff, Phones Plus, Inc., and other class members in the above-captioned class action. In support of this motion, the Affidavit of Attorney Dehler is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion. Service of all papers shall be made upon James E. Miller or Karen M. Leser at Shepherd Finkelman Miller & Shah, LLC, 65 Main Street, Chester, Connecticut 06412.

Respectfully submitted,

**PHONES PLUS, INC.**

By: _/s/ Karen M. Leser w/ permission_
James E. Miller (ct21560)
jmiller@sfmslaw.com
Patrick A. Klingman (ct17813)
pklingman@sfmslaw.com
Karen M. Leser (ct23587)
kleser@sfmslaw.com
**Shepherd, Finkelman, Miller & Shah, LLC**
65 Main Street
Chester, Connecticut 06412
(860) 526-1100
(860) 526-1120 (facsimile)

Its Counsel

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHONES PLUS, INC, Plan Administrator<br>of the Phones Plus Retirement Savings Plan,<br>On Behalf of Itself and All Others Similarly<br>Situated,<br><br>               Plaintiff,<br><br>vs.<br><br>THE HARTFORD FINANCIAL SERVICES, INC.,<br>HARTFORD LIFE INSURANCE COMPANY<br>and NEUBERGER BERMAN MANAGEMENT,<br>INC.,<br><br>               Defendants. | Case No. 3:06-CV-01835 (AVC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>DECEMBER 20, 2006 |

## AFFIDAVIT OF DOUGLAS P. DEHLER

Douglas P. Dehler, being first duly sworn, deposes and says:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I submit this affidavit in support of the Motion for my admission as a visiting lawyer in connection with the above-captioned action.

3. I am a Partner in the law firm of Shepherd Finkelman Miller & Shah, LLC. My address, telephone number, facsimile number and e-mail address are as follows:

> Douglas P. Dehler
> Shepherd Finkelman Miller & Shah, LLC
> 111 East Wisconsin Avenue
> Suite 1750
> Milwaukee, WI 53202
> Telephone: (414) 226-9900
> Facsimile: (414) 226-9905
> E-mail: ddehler@classactioncounsel.com

4. I am a member in good standing of the bars of the following courts and jurisdictions: the State of Wisconsin; the United States District Court for the Eastern and

Western Districts of Wisconsin; and the United States Court of Appeals for the Seventh Circuit.

    5.    I have not been denied admission or disciplined by this Court or any other court.

    6.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated: December 21, 2006

                                      Douglas P. Dehler

Subscribed and sworn to before me
this 21 day of December, 2006.

Notary Public
My Commission Expires 2-7-10

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2007, a copy of the foregoing was sent, via First Class mail, postage prepaid, to the following parties of record:

Christopher G. Barnes
**Jorden Burt**
175 Powder Forest Drive
Suite 201
Simsbury, CT 06089
cgb@jordenusa.com

James F. Jorden
**Jorden Burt - DC**
1025 Thomas Jefferson Street, N.W.
Suite 400 E
Washington, DC 20007
jfj@jordenusa.com

Joseph T. Baio
**Willkie Farr & Gallagher, LLP**
787 Seventh Avenue
New York, NY 10019-6099
jbaio@willkie.com

_____
Karen M. Leser w/ permission