UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHONES PLUS, INC, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:06-cv-1835 (AVC) |
| | : | |
| vs. | : | |
| | : | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al., | : | |
| | : | |
| Defendants. | : | October 19, 2007 |

## MOTION FOR ADMISSION OF RONALD S. KRAVITZ, RANDALL J. SUNSHINE AND ROBERT M. SHORE AS VISITING LAWYERS

Patrick A. Klingman, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for the admission of Attorneys Ronald S. Kravitz, Randall J. Sunshine and Robert M. Shore, all of Liner Yankelevitz Sunshine & Regenstreif LLP, as visiting lawyers to represent Phones Plus, Inc., and other class members in the above-captioned proposed class action and any action with which this action may be consolidated. In support of this motion, the Affidavits of Attorneys Kravitz, Sunshine and Shore are attached hereto as Exhibits A, B and C, respectively.

A check for $75.00 accompanies this motion. Service of all papers shall be made upon James E. Miller or Patrick A. Klingman at Shepherd Finkelman Miller & Shah, LLC, 65 Main Street, Chester, Connecticut 06412.

Respectfully submitted,

**PLAINTIFF PHONES PLUS, INC.**

By: _____
James E. Miller (ct21560)
jmiller@sfmslaw.com
Patrick A. Klingman (ct17813)
pklingman@sfmslaw.com
Shepherd, Finkelman, Miller & Shah, LLC
65 Main Street
Chester, Connecticut 06412
(860) 526-1100
(860) 526-1120 (facsimile)

Ronald S. Kravitz
Liner Yankelevitz Sunshine & Regenstreif LLP
199 Fremont Street  Suite 2000
San Francisco, CA  94105-2255
(415) 489-7700
(415) 489-7701 (facsimile)

Randall J. Sunshine
Robert M. Shore
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue  14th Floor
Los Angeles, CA  90024-3503
(310) 500-3500
(310) 500-3501 (facsimile)

Its Counsel

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHONES PLUS, INC, | : | |
| | : | |
| Plaintiff, | : | No. 3:06-CV-01835 (AVC) |
| | : | |
| vs. | : | |
| | : | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et. al, | : | |
| | : | |
| Defendants. | : | October 16, 2007 |

**AFFIDAVIT OF RONALD S. KRAVITZ**

Ronald S. Kravitz, being first duly sworn, deposes and says:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I submit this affidavit in support of the Motion for my admission as a visiting lawyer in connection with the above-captioned action.

3. I am a partner in the law firm of Liner Yankelevitz Sunshine & Regenstreif LLP. My address, telephone number, facsimile number and e-mail address are as follows:

> Ronald S. Kravitz
> Liner Yankelevitz Sunshine & Regenstreif LLP
> 199 Fremont Street  Suite 2000
> San Francisco, CA  94105-2255
> (415) 489-7700
> (415) 489-7701 (facsimile)
> E-mail: rkravitz@linerlaw.com

4. I am a member in good standing of the bars of the following courts and jurisdictions: the Commonwealth of Pennsylvania; the State of California; the State of Texas; the United States Supreme Court; the United States Courts of Appeal for the Seventh, Ninth and Eleventh Circuits; and the United States District Court for the Southern, Northern, Eastern and

Central Districts of California, the Eastern District of Pennsylvania, the Eastern District of Michigan, the Northern District of Illinois, the Northern District of Texas, the Northern District of Ohio, and the Southern and Middle Districts of Florida.

  5. I have not been denied admission or disciplined by this Court or any other court.

  6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated: October 16, 2007

                  _____
                  Ronald S. Kravitz

Subscribed and sworn to before me this ___ day of October, 2007.

_____
Notary Public
My Commission Expires

State of California County of San Francisco
Subscribed and sworn to (or affirmed) Before me on this 16th day of Oct, 2007, by Ronald S. Kravitz personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____
(Seal)

IVAN RESNIKOFF
Commission # 1748212
Notary Public - California
San Francisco County
My Comm. Expires Jun 27, 2011

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHONES PLUS, INC, | : | |
| | : | |
| Plaintiff, | : | No. 3:06-CV-01835 (AVC) |
| | : | |
| vs. | : | |
| | : | |
| THE HARTFORD FINANCIAL SERVICES | : | |
| GROUP, INC., et. al, | : | |
| | : | |
| Defendants. | : | October 15, 2007 |

**AFFIDAVIT OF RANDALL J. SUNSHINE**

Randall J. Sunshine, being first duly sworn, deposes and says:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I submit this affidavit in support of the Motion for my admission as a visiting lawyer in connection with the above-captioned action.

3. I am a partner in the law firm of Liner Yankelevitz Sunshine & Regenstreif LLP. My address, telephone number, facsimile number and e-mail address are as follows:

> Randall J. Sunshine
> Liner Yankelevitz Sunshine & Regenstreif LLP
> 1100 Glendon Avenue  14th Floor
> Los Angeles, California  90024-3503
> (310) 500-3500
> (310) 500-3501 (facsimile)
> E-mail: rsunshine@linerlaw.com

4. I am a member in good standing of the bars of the following courts and jurisdictions: the State of New York; the State of California; the United States Supreme Court; the United States Courts of Appeals for the Seventh, Ninth, and Tenth Circuits; and the United States District Court for the Southern and Eastern Districts of New York, the Central, Southern, Northern and Eastern Districts of California, and the Northern District of Illinois.

5.   I have not been denied admission or disciplined by this Court or any other court.

6.   I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated: October 15, 2007

_____
Randall J. Sunshine

Subscribed and sworn to before me
this 15 day of October, 2007.

*Miranda Dawn Hamel*
Notary Public
My Commission Expires: June 7, 2009

MIRANDA DAWN HAMEL
Commission # 1585712
Notary Public — California
Los Angeles County
My Comm. Expires Jun 7, 2009

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHONES PLUS, INC,                   :
                                    :
                Plaintiff,          :    No. 3:06-CV-01835 (AVC)
                                    :
        vs.                         :
                                    :
THE HARTFORD FINANCIAL SERVICES     :
GROUP, INC., et. al,                :
                                    :
                Defendants.         :    October 10, 2007

### AFFIDAVIT OF ROBERT M. SHORE

Robert M. Shore, being first duly sworn, deposes and says:

1.      I am over the age of eighteen and understand the obligation of an oath.

2.      I submit this affidavit in support of the Motion for my admission as a visiting lawyer in connection with the above-captioned action.

3.      I am senior counsel with the law firm of Liner Yankelevitz Sunshine & Regenstreif LLP. My address, telephone number, facsimile number and e-mail address are as follows:

>       Robert M. Shore
>       Liner Yankelevitz Sunshine & Regenstreif LLP
>       1100 Glendon Avenue  14th Floor
>       Los Angeles, California  90024-3503
>       (310) 500-3500
>       (310) 500-3501 (facsimile)
>       E-mail: rshore@linerlaw.com

4.      I am a member in good standing of the bars of the following courts and jurisdictions: the State of California; the United States Supreme Court; the United States Courts of Appeals for the Ninth and Federal Circuits; and the United States District Court for the Central, Southern, Northern and Eastern Districts of California, and the Western District of

Texas.

5. I have not been denied admission or disciplined by this Court or any other court.

6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated: October __, 2007

_____
Robert M. Shore

Subscribed and sworn to before me
this ___ day of October, 2007.

See California Jurat Attached

_____
Notary Public
My Commission Expires

-2-

**CALIFORNIA JURAT**

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

} ss:

Subscribed and sworn to (or affirmed) before me, the undersigned notary public, on this 10th day of Oct, 2007, by

_Robert M. Shore_
NAME(S) OF SIGNER(S)

☒ personally known to me –OR– ☐ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS my hand and official seal.

_Ellen C. Graunke_
SIGNATURE OF NOTARY

ELLEN C. GRAUNKE
Commission # 1564830
Notary Public - California
Los Angeles County
My Comm. Expires Apr 24, 2009

**--OPTIONAL SECTION--**
**CAPACITY CLAIMED BY SIGNER**

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

☐ INDIVIDUAL

☐ CORPORATE OFFICER(S)

_____

_____
TITLE(S)

☐ PARTNER(S)
  ☐ LIMITED
  ☐ GENERAL

☐ ATTORNEY-IN-FACT

☐ TRUSTEE(S)

☐ GUARDIAN/CONSERVATOR

☐ OTHER:

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

_____

_____

**OPTIONAL SECTION**

THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law, it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT:
Affidavit of Robert M. Shore

NUMBER OF PAGES: 2

DATE OF DOCUMENT: Oct. 10, 2007

OTHER SIGNER(S) THAN NAMED ABOVE:
N/A

## CERTIFICATE OF SERVICE

      I hereby certify that on October 19, 2007, copies of the foregoing Plaintiff's Motion for Admission of Ronald S. Kravitz, Randall J. Sunshine and Robert M. Shore as Visiting Lawyers were sent, via electronic and first-class mail, postage prepaid, to the following parties of record:

Christopher G. Barnes
Michael A. Valerio
Jorden Burt LLP
175 Powder Forest Drive  Suite 201
Simsbury, CT 06089
cgb@jordenusa.com
mav@jordenusa.com

James F. Jorden
Jorden Burt LLP
1025 Thomas Jefferson St., N.W.  Suite 400 E
Washington, DC 20007
jfj@jordenusa.com

John F. Droney, Jr.
David Anthony DeBassio
Levy & Droney, P.C.
74 Batterson Park Rd.
P.O. Box 887
Farmington, CT 06034-0887
ddebassio@ldlaw.com
jdroney@ldlaw.com

Joseph T. Baio
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019-6099
jbaio@willkie.com

                                                                   Patrick A. Klingman (ct17813)
                                                                   Shepherd Finkelman Miller & Shah, LLC