IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHONES PLUS, INC, Plan Administrator of the Phones Plus Retirement Savings Plan, On Behalf of Itself and All Others Similarly Situated, | : : Case No. 3:06-cv-1835 (AVC) : : : |
| Plaintiff, | : : |
| vs. | : : |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., HARTFORD LIFE INSURANCE COMPANY and NEUBERGER BERMAN MANAGEMENT, INC., | : : : : : |
| Defendants. | : : |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC. and HARTFORD LIFE INSURANCE COMPANY, | : : : : |
| Third-Party Plaintiffs, | : : |
| vs. | : : |
| THOMAS SODEMANN and ROBERT SODEMANN, Trustees of the Phones Plus, Inc. Retirement Savings Plan and John Does, 1-20 *et al.*, | : : : : |
| Third-Party Defendants. | : March 27, 2008 : |

**THIRD PARTY DEFENDANTS'**
**MOTION TO DISMISS THIRD PARTY COMPLAINT**

Third-Party Defendants, Thomas Sodemann and Robert Sodemann, as Trustees of the

Phones Plus, Inc. Retirement Savings Plan (collectively, the "Sodemanns" or "Third Party

Defendants"), by their undersigned counsel, hereby move, pursuant to Federal Rule of Civil

Procedure 12(b)(6), for an Order dismissing the Third-Party Complaint (the "Complaint")

asserted by Third-Party Plaintiffs, The Hartford Financial Services Group, Inc. and Hartford Life Insurance Company (collectively, "The Hartford" or "Third-Party Plaintiffs"), for failure to state a claim upon which relief can be granted. A Memorandum of Law in support is filed herewith and incorporated herein by reference.

The Sodemanns are the Trustees of the Phones Plus, Inc. Retirement Savings Plan (the "Plan"), a 401(k) retirement plan governed by the Employee Retirement Income Security Act of 1974 ("ERISA"). Because the Plan brought the underlying action against The Hartford for breach of its obligations under ERISA in connection with The Hartford's solicitation and receipt of "revenue sharing payments" from mutual fund companies, whereby The Hartford receives kick-backs in exchange for offering certain mutual funds as investment options in those retirement plans created and administered by The Hartford, The Hartford has retaliated by filing the Complaint, which asserts five counts against the Sodemanns. However, as more fully explained in the supporting Memorandum of Law, these claims – purportedly for contribution and indemnity under ERISA, common law contribution and indemnity, and breach of fiduciary duty – are factually unfounded and legally infirm and, thus, fail to state a claim upon which relief can be granted.

WHEREFORE, the Sodemanns, as Third-Party Defendants, respectfully request that the Court enter an order dismissing the Third-Party Complaint.

            THOMAS SODEMANN and
            ROBERT SODEMANN


    By: _____
      Bruce E. Newman
      Newman, Creed & Associates
      99 North Street, Route 6
      P.O. Box 575
      Bristol, CT 06011-0575
      (860) 583-5200
      bnewman@newmancreedlaw.com
      Federal Bar No.: CT 12301

      David V. Meany
      DeWitt Ross & Stevens, S.C.
      13935 Bishop's Drive, Suite 300
      Brookfield, WI 53005
      (262) 754-2866
      (262) 754-2845 (facsimile)
      dvm@dewittross.com


      Their Counsel

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 27, 2008, copies of the foregoing Motion to Dismiss, along with the supporting Memorandum of Law, was sent, via electronic mail, to the following counsel of record:

Christopher G. Barnes
Jorden Burt LLP
175 Powder Forest Drive  Suite 201
Simsbury, CT 06089
cgb@jordenusa.com

James F. Jorden
Jorden Burt LLP
1025 Thomas Jefferson St., N.W.  Suite 400 E
Washington, DC 20007
jfj@jordenusa.com

John F. Droney, Jr.
David Anthony DeBassio
Levy & Droney, P.C.
74 Batterson Park Rd.
P.O. Box 887
Farmington, CT 06034-0887
ddebassio@ldlaw.com
jdroney@ldlaw.com

Joseph T. Baio
Roger Netzer
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019-6099
jbaio@willkie.com
rnetzer@willkie.com

James E. Miller
Patrick A. Klingman
Shepherd, Finkelman, Miller & Shah, LLC
65 Main Street
Chester, CT  06412
jmiller@sfmslaw.com
pklingman@sfmslaw.com

Douglas P. Dehler
Shepherd, Finkelman, Miller & Shah, LLC
111 E. Wisconsin Avenue  Suite 1750
Milwaukee, WI 53202
ddehler@sfmslaw.com

Randall J. Sunshine
Robert M. Shore
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
rsunshine@linerlaw.com
rshore@linerlaw.com

Ronald S. Kravitz
Liner Yankelevitz Sunshine & Regenstreif LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
rkravitz@linerlaw.com

Steven J. Ross
Law Offices of Steven Ross, P.A.
1015 Atlantic Boulevard, Suite 306
Atlantic Beach, FL 32233
stevenjross@msn.com

                                    _____
                                    Bruce E. Newman