IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHONES PLUS, INC, Plan Administrator of the Phones Plus Retirement Savings Plan, On Behalf of Itself and All Others Similarly Situated, | : : : : : | Case No. 3:06-cv-1835 (AVC) |
| Plaintiff, | : : | |
| vs. | : : | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC. et al., | : : : | |
| Defendants. | : | January 12, 2009 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1) AS TO DEFENDANT, THE HARTFORD FINANCIAL SERVICES GROUP, INC.**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Phones Plus, Inc., and Defendant, The Hartford Financial Services Group, Inc. ("HFSG"), hereby stipulate to dismissal of all claims by Plaintiff against HFSG without prejudice and without costs.

| | |
|---|---|
| Respectfully submitted, /s/ Patrick A. Klingman<br>James E. Miller (ct21560)<br>Patrick A. Klingman (ct17813)<br>Karen M. Leser (ct23587)<br>Shepherd, Finkelman, Miller & Shah, LLP<br>65 Main Street<br>Chester, Connecticut  06412<br>(860) 526-1100<br>(860) 526-1120 (facsimile)<br>Email: jmiller@sfmslaw.com<br>         pklingman@sfmslaw.com<br>         kleser@sfmslaw.com | /s/ Christopher G. Barnes<br>Christopher G. Barnes<br>Michael A. Valerio<br>Ben V. Seessel<br>John C. Pitblado<br>Jorden Burt, LLP<br>175 Powder Forest Drive, Ste 201<br>Simsbury, CT 06089<br>(860) 392-5018<br>(860) 392-5058 (facsimile)<br>Email: cgb@jordenusa.com<br>         mav@jordenusa.com<br>         bvs@jordenusa.com<br>         jcp@jordenusa.com |

| | |
|---|---|
| Douglas P. Dehler<br>Shepherd, Finkelman, Miller & Shah, LLC<br>111 E. Wisconsin Avenue  Suite 1750<br>Milwaukee, Wisconsin  53202<br>(414) 226-9900<br>(414) 226-9905 (facsimile)<br><br>Ronald S. Kravitz<br>Liner Yankelevitz Sunshine<br>  & Regenstraif LLP<br>199 Fremont St., 20th Fl.<br>San Francisco, California  94105<br>(415) 489-7700<br>(415) 489-7701 (facsimile)<br><br>Randall J. Sunshine<br>Robert M. Shore<br>Liner Yankelevitz Sunshine<br>  & Regenstreif, LLP<br>1100 Glendon Avenue, 14th floor<br>Los Angeles, California  90024<br>(310) 500-3500<br>(310) 500-3501 (facsimile)<br><br>Attorneys for Plaintiff and the Proposed Class | James F. Jorden<br>Jorden Burt, LLP<br>1025 Thomas Jefferson St., N.W.<br>Suite 400 E<br>Washington, DC 20007<br>(202) 965-8126<br>(202) 965-8104 (facsimile)<br>Email: jfj@jordenusa.com<br><br>Attorneys for Defendants,<br>The Hartford Financial Services Group, Inc.<br>and Hartford Life Insurance Company<br><br> /s/ Michael E. Kraver<br>Joseph T. Baio<br>Roger D. Netzer<br>Michael E. Kraver<br>Willkie, Farr & Gallagher<br>787 Seventh Ave.<br>New York, NY 10019-6099<br>(212) 728-8249<br>(212) 728-9249 (facsimile)<br>Email: jbaio@willkie.com<br>         rnetzer@willkie.com<br>         mkraver@willkie.com<br><br>John F. Droney, Jr.<br>David A. DeBassio<br>Levy & Droney, P.C.<br>74 Batterson Park Rd.<br>PO Box 887<br>Farmington, CT 06034-0887<br>(860) 676-3202<br>(860) 676-3200 (facsimile)<br>Email: jdroney@ldlaw.com<br>         ddebassio@ldlaw.com<br><br>Attorneys for Defendant,<br>Neuberger Berman Management, LLC,<br>f/k/a Neuberger Berman Management, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick A. Klingman
Patrick A. Klingman (ct17813)