IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHONES PLUS, INC, Plan Administrator of the Phones Plus Retirement Savings Plan, On Behalf of Itself and All Others Similarly Situated, | : : : : : | Case No. 3:06-cv-1835 (AVC) |
| Plaintiff, | : : | |
| vs. | : : : | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., HARTFORD LIFE INSURANCE COMPANY and NEUBERGER BERMAN MANAGEMENT, INC., | : : : : : | |
| Defendants. | : | January 27, 2009 |

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL
OF PARTIAL SETTLEMENT**

Plaintiff, Phones Plus, Inc. ("Plaintiff" or "Class Representative"), on behalf of itself and the settlement class that is the subject of this Motion ("Sub-Class"), respectfully submits this Motion for Preliminary Approval of Partial Settlement. For the reasons set forth in the accompanying Memorandum of Law, Plaintiff respectfully submits that the proposed settlement is fair, reasonable and adequate.[1] Accordingly, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Preliminary Approval of Partial Settlement.

---

[1] The settling defendant is Neuberger Berman Management, LLC f/k/a Neuberger Berman Management, Inc. ("Settling Defendant" or "Neuberger Berman" or "Neuberger"). Plaintiff has filed a Motion for Leave to file a Second Amended Complaint to, *inter alia*, reflect the new corporate name of Neuberger Berman and to reflect the voluntary dismissal without prejudice of The Hartford Financial Services Group, Inc. ("HFSG").

Respectfully submitted,

/s/ Patrick A. Klingman
James E. Miller
Federal Bar I.D. No. CT-21560
Patrick A. Klingman
Federal Bar I.D. No. CT-17813
Karen M. Leser
Federal Bar I.D. No. CT-23587
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
Email: jmiller@sfmslaw.com
　　　　pklingman@sfmslaw.com
　　　　kleser@sfmslaw.com

Douglas P. Dehler
Shepherd Finkelman Miller & Shah, LLP
111 E. Wisconsin Avenue, Suite 1750
Milwaukee, WI 53202
Telephone:  (414) 226-9900
Facsimile:  (414) 226-9905
Email: ddehler@sfmslaw.com

Ronald S. Kravitz
Matthew B. Borden
Liner Yankelevitz Sunshine & Regenstreif LLP
199 Fremont St., 20th Fl.
San Francisco, CA  94105
(415) 489-7700
(415) 489-7701 (facsimile)
Email: rkravitz@linerlaw.com
　　　　mborden@linerlaw.com

Randall J. Sunshine
Robert M. Shore
Liner Yankelevitz Sunshine & Regenstreif, LLP
1100 Glendon Avenue, 14th floor
Los Angeles, CA  90024
Telephone:  (310) 500-3500
Facsimile: (310) 500-3501
Email: rsunshine@linerlaw.com
          rshore@linerlaw.com

Steven J. Ross
Law Offices of Steven Ross, P.A.
1015 Atlantic Boulevard  Suite 306
Atlantic Beach, FL  32233
Telephone: (904) 249-8799
Facsimile: (801) 812-8512
Email: stevenjross@msn.com

Attorneys for Plaintiff
and the Proposed Class and Sub-Class

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2009, a copy of the foregoing Plaintiff's Motion for Preliminary Approval of Partial Settlement, together with supporting Memorandum of Law and referenced Exhibits, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ Patrick A. Klingman
      Patrick A. Klingman (ct17813)