IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHONES PLUS, INC, Plan Administrator of the Phones Plus Retirement Savings Plan, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC., HARTFORD LIFE INSURANCE COMPANY and NEUBERGER BERMAN MANAGEMENT INC.<br><br>Defendants. | Case No. 3:06-cv-1835 (AVC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>January 27, 2009 |

## JOINDER OF DEFENDANT, NEUBERGER BERMAN MANAGEMENT, LLC, IN PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PARTIAL SETTLEMENT

Defendant, Neuberger Berman Management LLC f/k/a Neuberger Berman Management Inc. ("Defendant" or "Neuberger Berman"), hereby joins in Plaintiff's Motion for Preliminary Approval of Partial Settlement. Neuberger Berman believes that the Settlement meets all of the criteria for preliminary approval under Rule 23 of the Federal Rules of Civil Procedure and should be approved by the Court. Wherefore, Neuberger Berman respectfully requests that the Court grant Plaintiff's Motion for Preliminary Approval of Partial Settlement.

Dated: January 27, 2009

_____
Joseph T. Baio
Roger D. Netzer
Michael E. Kraver
Willkie Farr & Gallagher LLP
787 Seventh Ave.
New York, NY 10019-6099
Telephone: (212) 728-8249

4687906.2

        Facsimile: (212) 728-9249
        Email: jbaio@willkie.com
              rnetzer@willkie.com
              mkraver@willkie.com

John F. Droney, Jr.
David A. DeBassio
Levy & Droney, P.C
74 Batterson Park Rd.
PO Box 887
Farmington, CT 06034-0887
Telephone: (860) 676-3202
Facsimile: (860) 676-3200
Email: jdroney@ldlaw.com
       ddebassio@ldlaw.com

Attorneys for Defendant,
Neuberger Berman Management LLC

- 2 -