IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHONES PLUS, INC, Plan Administrator of the Phones Plus Retirement Savings Plan, On Behalf of Itself and All Others Similarly Situated, | : : : : : | Case No. 3:06-cv-1835 (AVC) |
| Plaintiff, | : : | |
| vs. | : : | |
| HARTFORD LIFE INSURANCE COMPANY and NEUBERGER BERMAN MANAGEMENT, LLC, | : : : | |
| Defendants. | : | June 8, 2010 |

___

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF
SETTLEMENT WITH DEFENDANT HARTFORD LIFE INSURANCE COMPANY**
___

Plaintiff, Phones Plus, Inc. ("Plaintiff"), on behalf of itself and the proposed settlement classes (collectively, the "Class"), which are defined in the Settlement Agreement previously submitted to the Court, hereby moves for final approval of the settlement ("Settlement") reached with Defendant, Hartford Life Insurance Co. ("Hartford Life" or "Defendant"). For the reasons stated in the accompanying Memorandum of Law and as reflected in the parties' Settlement Agreement, the proposed Settlement is fair, reasonable and adequate and is the product of arm's-length negotiations between counsel for Plaintiff and the Class and Hartford Life. Accordingly, Plaintiff respectfully requests that the Court preliminarily certify the proposed classes, pursuant to Federal Rule of Civil Procedure 23(b)(1) and (3), respectively, for purposes of settlement only, find that the proposed notice is the best practicable under the circumstances, finally approve the

Settlement, and enter the proposed Final Approval Order following the Final Approval Hearing on June 15, 2010.

                Respectfully submitted,

                /s/ Patrick A. Klingman
                James E. Miller (ct21560)
                Patrick A. Klingman (ct17813)
                Karen M. Leser-Grenon (ct23587)
                Shepherd Finkelman Miller & Shah, LLP
                65 Main Street
                Chester, CT 06412
                Telephone: (860) 526-1100
                Facsimile: (860) 526-1120
                Email: jmiller@sfmslaw.com
                       pklingman@sfmslaw.com
                       kleser@sfmslaw.com

                Douglas P. Dehler
                Shepherd Finkelman Miller & Shah, LLP
                111 E. Wisconsin Avenue, Suite 1750
                Milwaukee, WI 53202
                Telephone:  (414) 226-9900
                Facsimile:  (414) 226-9905
                Email: ddehler@sfmslaw.com

                Ronald S. Kravitz
                Liner Grode Stein Yankelevitz Sunshine
                Regenstreif & Taylor, LLP
                199 Fremont St., 20th Fl.
                San Francisco, CA  94105
                (415) 489-7700
                (415) 489-7701 (facsimile)
                Email: rkravitz@linerlaw.com

Randall J. Sunshine
Robert M. Shore
Liner Grode Stein Yankelevitz Sunshine
Regenstreif & Taylor, LLP
1100 Glendon Avenue, 14th floor
Los Angeles, CA  90024
Telephone:  (310) 500-3500
Facsimile: (310) 500-3501
Email: rsunshine@linerlaw.com
        rshore@linerlaw.com

Steven J. Ross
Law Offices of Steven Ross, P.A.
1015 Atlantic Boulevard  Suite 306
Atlantic Beach, FL  32233
Telephone: (904) 249-8799
Facsimile: (801) 812-8512
Email: stevenjross@msn.com

Attorneys for Plaintiff
and the Proposed Settlement Classes

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 8, 2010, a copy of the foregoing Motion, together with the supporting Memorandum of Law and supporting Declarations and Exhibits, were filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

          /s/ Patrick A. Klingman
          Patrick A. Klingman (ct17813)